IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Casey, Matthew S

Printed: 03/10/09

Case Number:  08 B 15588
Judge: Wedoff, Eugene R
Filed:  6/17/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:      Dismissed: January 22, 2009
Confirmed:  September 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,092.92 |  |
| Secured: |  | 1,021.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 71.04 |
| Other Funds: |  | 0.00 |
| Totals: | 1,092.92 | 1,092.92 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Timothy K Liou | Administrative | 3,509.20 | 0.00 |
| 2. | ACC Consumer Finance | Secured | 14,629.63 | 1,021.88 |
| 3. | Asset Acceptance | Unsecured | 24.97 | 0.00 |
| 4. | RoundUp Funding LLC | Unsecured | 76.35 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 39.24 | 0.00 |
| 6. | Neurologic & Orthopedic Institute | Unsecured | 138.94 | 0.00 |
| 7. | Paragon Way Inc | Unsecured | 34.40 | 0.00 |
| 8. | Devon Financial Services Inc | Unsecured | 17.60 | 0.00 |
| 9. | Cash Call | Unsecured | 539.81 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 72.76 | 0.00 |
| 11. | NCO Financial Systems | Unsecured | 38.49 | 0.00 |
| 12. | Resurrection Medical | Unsecured | 114.35 | 0.00 |
| 13. | City Of Chicago Dept Of Revenue | Unsecured | 463.04 | 0.00 |
| 14. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 15. | 500 Fast Cash | Unsecured | | No Claim Filed |
| 16. | Chase Bank | Unsecured | | No Claim Filed |
| 17. | Comcast | Unsecured | | No Claim Filed |
| 18. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 19. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 20. | HSBC Bank USA | Unsecured | | No Claim Filed |
| 21. | Intelenet Global Services Ltd | Unsecured | | No Claim Filed |
| 22. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | IMC Credit Services | Unsecured | | No Claim Filed |
| 25. | KCA Financial Services | Unsecured | | No Claim Filed |
| 26. | Genesis Financial Services Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Casey, Matthew S | Case Number: 08 B 15588 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/10/09 | Filed: 6/17/08 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | KCA Financial Services | Unsecured | | No Claim Filed |
| 28. | USA Payday Loans | Unsecured | | No Claim Filed |
| 29. | RMC Emergency Physicians | Unsecured | | No Claim Filed |
| 30. | LVNV Funding | Unsecured | | No Claim Filed |
| | | | $ 19,698.78 | $ 1,021.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 71.04 |
| | $ 71.04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: